UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00506-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EUSEBIO GONZALEZ-ANTUNEZ,

    Defendant.

**ORDER**

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, February, 1, 2012,** and responses to these motions shall be filed by **Friday, February 10, 2012.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference shall not be set at this time.  Counsel shall contact Chambers should a hearing become necessary.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Tuesday, February 21, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated:  January 5, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE